# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**APRIL GRIFFIN,**

                **Petitioner,**

     **v.**                                      **Case No. 09C306**

**SHERIFF DAVID CLARKE,**

                **Respondent.**

---

## <u>ORDER</u>

Petitioner filed this petition pursuant to 28 U.S.C. § 2241, asserting that her ongoing detention violates the Constitution. Pursuant to Rule 2 of the Rules Governing § 2254 Cases, which may apply to a § 2241 case,[1] a petition must substantially follow the form appended to the rules governing habeas cases or prescribed by local rule. In the present case, the petition fails to substantially follow that form, and because of its confusing nature I am unable to discern exactly what grounds petitioner is asserting. As such, I will dismiss the current habeas petition. However, petitioner may refile a new habeas petition in this case, on the form I have included with this order. Using this form, petitioner should be sure to clearly, concisely and <u>separately</u> list each individual ground she is asserting for relief, as stated in the instructions on the habeas form, and complete the rest of the form as indicated, as well. Petitioner shall submit the amended petition on or before **August 31, 2009**.

---

[1] See § 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not [under § 2254].").

**IT IS THEREFORE ORDERED** that the petition for writ of habeas corpus is dismissed, with leave to refile an amended petition using the enclosed form. The amended petition shall be filed on or before **August 31, 2009.**

Dated at Milwaukee, Wisconsin this 27 day of July, 2009.

_____/s_____
LYNN ADELMAN
District Judge

Case 2:09-cv-00306-LA   Filed 07/27/09   Page 2 of 2   Document 2